**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL** |
| | : | |
| **v.** | : | |
| | : | **NO.  26-CR-252** |
| **Edward Eberwine** | : | |

**CONDITIONS OF RELEASE ORDER**

| **BAIL** |
|---|

Defendant is **released on bail** in the amount of: $ ____250,000 O/R____

    __X__ **O/R cosigned by the defendant's mother and brother.**

    _____ **cash**

    _____ **secured by**:

        _____ % cash

        _____ property at:

    _____ **Clerk's office requirements are not waived.**  Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

| **PRETRIAL SERVICES** |
|---|

__X__      Defendant shall report to Pretrial Services:

    __X__ **as directed** by Pretrial Services.

    _____ times per week **in person**.

    _____ times per week **via telephone**.

_____ Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.

__X__ Defendant shall submit to **random drug testing** as directed by Pretrial Services.

__X__ Defendant shall abstain from use of alcohol or from any use of a narcotic drug or other controlled substance, as defined in Section 102 of the Controlled Substances Act, 21 U.S.C. § 802, without a prescription by a licensed medical practitioner.

__X__ Defendant shall undergo **drug/alcohol treatment,** if necessary, as determined by Pretrial Services.

__X__ Defendant shall submit to **electronic monitoring** at the following address:

    __X__ This Court, based upon evidence that Defendant has adequate financial resources, finds that he/she shall pay all or part of the cost of the court-ordered monitoring program, in an amount to be specified by Pretrial Services.

    _____ **Curfew.** You are restricted to your residence every day from_____ to _____ , during which electronic monitoring will be in place, or as directed by the pretrial services office or supervising officer.

    __X__ **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.

    _____ **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically

approved by the court.

      **Stand-Alone.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. Note: Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual application technology.

**Submit to the following location monitoring technology (check one):**

      Location monitoring Technology as directed by the pretrial services supervision officer; or

   X   GPS; or

      Radio Frequency; or

      Virtual Mobile Application. You must allow the pretrial services officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

| PASSPORT |
|---|

   X   Defendant must surrender his/her passport to the Clerk of Court.

   X   Defendant must refrain from applying for a passport.

| TRAVEL |
|---|

   X   Travel is restricted to the **Eastern District of Pennsylvania** and Southern District of Florida . May travel to and from SD/FL and ED/PA and must notify Pretrial Services of travel plans before leaving and upon return.

   X   Unless prior permission is granted by Pretrial Services.

   X   May not visit commercial transportation establishments: airports, seaports/marinas, commercial bus terminals, train stations, etc. Exception of travel to and from SD/FL (court); ED/PA (residence), or with preapproval from Pretrial Services.

| FIREARMS |
|---|

   X   Defendant shall surrender and/or refrain from obtaining any firearms.  Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period.  The defendant shall execute a completed Prohibition on Possession of Firearms Agreement. Further, the defendant shall not possess a dangerous weapon or destructive device.

| MISCELLANEOUS |
|---|

      Defendant shall have no contact with **co-defendants**, **potential witnesses** in this case, or individuals engaged in any **criminal activity**.

   X   Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notes to defense counsel and pretrial services. Government has been ordered to provide names to Pretrial Services.

___X__ None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own until the bond is discharged, or otherwise modified through the court.

__X____ Defendant's mother, Nancy Eberwine, will serve as third-party custodian and will report any violations of the release conditions to the US Pretrial Services officer. Failure to comply with these requirements, the third-party custodian can be subject to the provision of 18 U.S.C. § 401, Contempt of Court.

_____ Defendant must maintain present **employment**.

_____ Defendant must **actively seek** gainful employment.

_____ Defendant shall undergo a **mental competency evaluation**.

_____ Defendant shall report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement, including arrests, questioning, or traffic stops.

X___ Defendant must reside with his parents in the ED/PA at an address approved by Pretrial Services.

---

## COMPUTERS/INTERNET

____X____ The Defendant is subject to the following computer/internet restrictions which are to be monitored by U.S. Pretrial Services and may include manual inspection, use of minimally invasive internet detection devices, and/or installation of computer monitoring software to ensure compliance with the imposed restrictions.

____X____ **No computer**: The Defendant is prohibited from possession and/or use of any computers and connected devices. Defendant shall not possess, procure, purchase or otherwise obtain any internet capable device and/or computer. Additionally, the defendant is prohibited from using another individual's computer or device that has internet capability.

_____ **Computer, no internet access**: The Defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (as World Wide Web, FTP sites, IRC servers, instant messaging).

_____ **Computer with internet access**: The Defendant is permitted use of computers or connected devices, is permitted access to the internet for legitimate purposes, and is responsible for any fees connected with the installation and use of monitoring software.

_____ **Other Residents**: By consent of other residents, all computers located at the address of record shall be subject to inspection to ensure the equipment is password protected.

____X____ The defendant shall submit his person, property, residence, vehicle, papers, computer, (as defined in 18 U.S.C. § 1030(e)(1), other electronic communication or data storage devices or media, or office, to a search conducted by a US Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.

____X____ Mandatory Adam Walsh Conditions: Defendant shall abide by specified restrictions on personal associations, place of abode, or travel, to avoid all contact with an alleged victim of the crime and with a potential witness who may testify concerning the offense; report on a regular basis to a designated law enforcement agency, pretrial services agency or other agency; comply with a specified curfew (with electronic monitoring) and refrain from possessing a firearm, destructive device or other dangerous weapons.

____X____ Defendant may not have contact with victim(s), or any child under the age of 18, unless approved by the Court or allowed by the U.S. Probation Officer. Supervised contact with niece and nephew listed with Pretrial Services.

____X____ The defendant shall not possess or use any data encryption technique or program and shall provide passwords and administrative rights to the U.S. Probation Officer.

     X     Defendant shall participate in specialized sex offender evaluation and treatment, if necessary, and to contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Office (if available).

     X     Defendant is prohibited from establishing or maintaining any email account or social media account. Additionally, the defendant is prohibited from using another individual's email account or social media account. Must provide monthly or upon request, personal phone and credit card billings to Pretrial Services to confirm there are no services with any internet services provider.

     X     Defendant is not permitted to enter places where children congregate including, but not limited to any play areas, playgrounds, libraries, children-themed restaurants, daycares, schools, amusement parks, carnivals/fairs, unless approved by the U.S. Probation Officer.

     X     The defendant shall not be involved in any children's or youth organizations.

     X     Defendant is prohibited from viewing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services

### OTHER CONDITIONS:

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release.  The commission of a federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year if the offense is a misdemeanor.  This sentence shall be in addition to any other sentence.

Any violation of the conditions of release may result in revocation of bail and imprisonment pending trial.

_____                    _____

AUSA                                                                              DEFENSE ATTORNEY

It is so ORDERED this __10TH____ day of      June _____

BY THE COURT:

/s/ Lynne A. Sitarski

_____

LYNNE A. SITARSKI
UNITED STATES JUDGE

Last Revised: 11/24