**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO.  26-252** |
| | : | |
| **EDWARD EBERWINE** | : | |

# <u>ORDER</u>

**AND NOW**, this 9th day of July 2026, it is **ORDERED Sentencing** is scheduled for

**December 8, 2026** at **2:00P.M.** in **Courtroom 3B**, Third Floor, United States Courthouse, 601

Market Street, Philadelphia, Pennsylvania.

**IT IS FURTHER ORDERED** as follows:

1.      The parties shall exchange copies of all documents at the same time each

provides them to the United States Probation Office for preparation of the Presentence

Investigation Report.  Similarly, all objections to the Presentence Investigation Report must

be sent to the probation officer in advance of sentencing.

2.      The parties shall file and serve sentencing memoranda which set forth any

factual and legal authority upon which they will rely at sentencing no earlier than

**November 24, 2026** and no later than **December 1, 2026** and any response thereto must be

filed no later than **December 3, 2026**.

3.      Any motions under § 5Kl.1 of the United States Sentencing Guidelines

and/or 18 U.S.C. § 3553(e) shall be filed and served no earlier than **November 24, 2026**

and no later than **December 1, 2026**.

4.      If a defendant is responsible for restitution, the government must submit

sufficient information in its sentencing memorandum to enable the Court to determine

entitlement, the name and the address of each victim, the amount of loss for each victim, and

documentary support for each amount. If liability for restitution is joint and several, the government shall itemize the restitution amount for which each defendant is responsible.

5.     Motions for preliminary order of forfeiture as to the defendant, if any, shall be filed no earlier than **November 24, 2026** and no later than **December 1, 2026**.

6.     Counsel shall submit any letters for the Court's consideration prior to sentencing by emailing the letters to murphy_chambers@paed.uscourts.gov.


_____
**MURPHY, J.**