IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                 v.

EDWARD EBERWINE
139 Culpepper Drive
Penllyn, PA 19422

           :          CRIMINAL ACTION

           :

           :          No.  26-252-1

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a **Sentencing Hearing** on **December 8, 2026** at **2:00P.M.** before the **Honorable John F. Murphy** in **Courtroom 3B**, Third Floor, of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A       interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:         Kerri Christy, Courtroom Deputy to J. Murphy
            Phone: 267-299-7510

Date:      7/10/2026

cc:            Defendant (via Defense Counsel)
cc via email:     Defense Counsel
                Assistant U.S. Attorney
                U.S. Marshal
                Court Security
                Probation Office
                Pretrial Services
                Interpreter Coordinator

crnotice (July 2021)